SEALED ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'26 SEP 28 PM1:20

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SYED HASAN,<br><br>Plaintiff,<br><br>v.<br><br>HEAL 360 URGENT CARE PLLC, HEAL 360 PRIMARY CARE PLLC, AND DR. MOHAMMED AMER MOHIUDDIN,<br><br>Defendants. | Civil Case No. 3:22-CV-1333-E<br><br>FILED IN SEALED CASE |

## THE UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

1. Pursuant to the False Claims Act (FCA), 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America notifies the Court of its decision to intervene for purposes of settlement with respect to the FCA claims asserted on behalf of the United States in this action against Defendants Heal 360 Urgent Care PLLC, Heal 360 Primary Care PLLC, and Dr. Mohammed Amer Mohiuddin (the settling defendants).

2. The United States, Relator Syed Hasan, and the settling defendants have entered into a settlement agreement that will resolve the substantive False Claims Act claims in this action. However, Relator and the settling defendants have not resolved relator's claim for attorneys' fees, expenses, and costs pursuant

to 31 U.S.C. § 3730(d). The proposed order submitted permits Relator to file a motion under 31 U.S.C. § 3730(d) seeking attorneys' fees, expenses, and costs from Defendants within 60 days of the Court's Order.

3. As soon as feasible after the Effective Date of the settlement agreement, the United States and Relator will file a joint stipulation of dismissal. That stipulation shall provide: (1) for the Covered Conduct released by the United States as described in the settlement agreement, the claims of the United States shall be dismissed with prejudice as to the settling defendants; (2) for any and all other claims, the dismissal shall be without prejudice to the United States; and (3) for all claims against all defendants, the dismissal shall be with prejudice as to Relator.

4. Having intervened for purposes of settlement, the United States respectfully requests 30 days after the resolution of Relator's motion under 31 U.S.C. § 3730(d) to file the joint stipulation of dismissal. The United States also asks that the Court unseal only (1) the Complaint, (2) this Notice of Intervention for Purposes of Settlement, (3) the Proposed Order attached to this Notice, and (4) any future filings in this matter. The United States asks that all other materials (such as status reports or applications for an extension of time in which to intervene) remain under seal and not be made public because, in discussing the United States' investigation, such papers are provided by law to the Court alone for

the sole purpose of evaluating whether the seal and intervention deadline should be extended.

5. A proposed order accompanies this Notice of Intervention for Purposes of Settlement.

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/Najib H. Gazi*
NAJIB H. GAZI
Assistant United States Attorney
Texas State Bar No. 24131329
1100 Commerce St, Suite 300
Dallas, Texas 75242-1699
Telephone: 214-659-8672
Facsimile: 214-659-8807
Email: najib.gazi@usdoj.gov

JAMIE ANN YAVELBERG
ANDY J. MAO
ELIZABETH J. KAPPAKAS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044

Attorneys for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2026, a true and correct copy of the foregoing was electronically served on relator's counsel of record by email.

*/s/Najib H. Gazi*
NAJIB H. GAZI
Assistant United States Attorney

SEALED ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SYED HASAN,<br><br>Plaintiff,<br><br>v.<br><br>HEAL 360 URGENT CARE PLLC, HEAL 360 PRIMARY CARE PLLC, AND DR. MOHAMMED AMER MOHIUDDIN,<br><br>Defendants. | Civil Case No. 3:22-CV-1333-E |

**[PROPOSED] ORDER**

Before the Court is the Notice of Intervention for Purposes of Settlement filed by the United States of America. The United States filed this notice pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), to notify the Court that it is intervening in this case to effectuate a settlement with the defendants that will result in dismissal of this action.

IT IS HEREBY ORDERED that Relator shall have 60 days to file a motion under 31 U.S.C. § 3730(d) seeking attorneys' fees, expenses, and costs from Defendants; and

IT IS HEREBY ORDERED that the United States and Relator shall have 30 days after the resolution of Relator's motion under 31 U.S.C. § 3730(d) to file a joint stipulation of dismissal; and

IT IS FURTHER ORDERED that the seal is hereby lifted only as to: (1) the Complaint, (2) the Notice of Partial Intervention for Purposes of Settlement, (3) this Order, and (4) any filings in this action from this date forward unless otherwise ordered by the Court. Any document not specifically identified in this enumerated list is to remain under seal unless otherwise ordered by the Court.

SO ORDERED.

Dated this _____day of September, 2026.

______________________________________

ADA BROWN
UNITED STATES DISTRICT JUDGE